# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<u>U.S. v. JOSE VEGA, Mag. No. 20-15230</u>

## P E T I T I O N   F O R
## W R I T   O F   H A B E A S   C O R P U S

1.  <u>JOSE VEGA, DOB: 8/26/1987, FBI: 263403KC2</u>, is now confined to <u>Essex County Jail</u> in <u>Newark</u>, <u>New Jersey</u>.

2.  <u>JOSE VEGA, DOB: 8/26/1987, FBI: 263403KC2</u>, will be required to appear before the United States Magistrate Duty Judge on **Friday, May 1, 2020,** at <u> 2 </u> a.m/p.m. for an initial appearance (via zoom/telephonic) before the Honorable Cathy L. Waldor, United States Magistrate Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose.
DATED:   April  29,  2020
             Newark, NJ

*Benjamin Levin*
_____
Benjamin Levin,
Assistant U.S. Attorney, Petitioner

## O R D E R

Let the Writ Issue.

DATED:                                    s/Cathy L. Waldor  4/29/20
                                          _____
                                          Honorable Cathy L. Waldor U.S.M.J.

## W R I T   O F   H A B E A S   C O R P U S

The United States of America to Warden of <u>Essex County</u> Jail WE COMMAND YOU that you have the body of

JOSE VEGA, DOB: 8/26/1987, FBI: 263403KC2

now confined at the <u>Essex County Jail</u>, appear via zoom/telephonic conference on <u>May 1, 2020</u> at _____ a.m./p.m, for an <u>initial appearance</u> before the the Honorable Cathy L. Waldor United States Magistrate Judge.

    WITNESS the <u>Honorable Cathy L. Waldor</u> United States Magistrate Judge Newark, New Jersey

DATED:                          WILLIAM T. WALSH
                                Clerk of the U.S. District Court
                                for the District of New Jersey

                           Per:   s/Tim Gorman
                                _____
                                Deputy Clerk